of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Samuel Williston* and *Mr. H. A. Hauxhurst* for petitioner. *Mr. Louis O. Van Doren* for respondents.

No. 827. CHARLES V. DUFFY, FORMER COLLECTOR, ETC, *v.* JOHN O. H. PITNEY ET AL., EXECUTORS, ETC. February 2, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Solicitor General Beck* for petitioner. *Mr. Corwin Howell* for respondents.

No. 828. FRANK C. FERGUSON, COLLECTOR, ETC., *v.* JOHN O. H. PITNEY ET AL., EXECUTORS, ETC. February 2, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Solicitor General Beck* for petitioner. *Mr. Corwin Howell* for respondents.

No. 842. T. A. EVANS *v.* UNITED STATES. February 2, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. E. W. Bradford* for petitioner. *The Attorney General* for the United States.

No. 846. HARRY DODD, TRUSTEE IN BANKRUPTCY, ETC., *v.* EUGENIA S. WESTMORELAND. February 2, 1925. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walter S. Dillon* for petitioner. *Mr. Robert C. Alston* for respondent.

No. 850. LESLIE WALDECK ET AL. *v.* UNITED STATES. February 2, 1925. Petition for a writ of certiorari to the